FILED

2012 May-02  AM 11:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| ALI MAANAKI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No.  CV 4:12-00277-CLS-TMP |
| | ) | |
| ERIC H. HOLDER, JR., *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On April 17, 2012, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed.  To date, no objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED.  Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 is DENIED and DISMISSED with prejudice.

DONE and ORDERED this 2nd day of May, 2012.

_____
United States District Judge